# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Shawnace Seegars,<br><br>      Plaintiff,<br> v.<br><br>Admin Recovery LLC; and DOES 1-10, inclusive,<br><br>      Defendants. | Civil Action No.: 2:18-cv-14227-WJM-MF |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: November 5, 2018

                Respectfully submitted,

                By: /s/ Sofia Balile

                Sofia Balile, Esq.
                Lemberg Law, LLC
                43 Danbury Road, 3rd Floor
                Wilton, CT 06897
                Phone: (917) 981-0849
                Fax: (203) 653-3424

## **CERTIFICATE OF SERVICE**

       I hereby certify that on November 5, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                  By__/s/ Sofia Balile_____

                                      Sofia Balile