UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Shawnace Seegars, <br><br> Plaintiff, <br> v. <br><br> Admin Recovery LLC; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 2:18-cv-14227-WJM-MF |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)

Shawnace Seegars ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 11, 2018

Respectfully submitted,

By: /s/ Sofia Balile

Sofia Balile, Esq.
Lemberg Law, LLC
43 Danbury Road
Wilton, CT 06897
Phone: (917) 981-0849
Facsimile: (203) 653-3424
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 11, 2018, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of New Jersey Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                By /s/ Sofia Balile

                                    Sofia Balile